UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| NANCY L. BOGART,<br>    Plaintiff,<br><br>    v.<br><br>SALVATION ARMY, INC.,<br>et al.,<br>    Defendant. | )<br>)<br>)<br>)<br>) Civ. No. 1:11cv725<br>)<br>)<br>)<br>)<br>) |

MEMORANDUM OPINION

THIS MATTER comes before the Court on Plaintiff's Motion to Order Defendant Provide Answers and Documents to Plaintiffs First Request for Production of Documents (Dkt. 65), Plaintiff's Motion for Order to Compel Defendant Provide Answers to Plaintiffs First Set of Interrogatories and Production of Documents (Dkt. 67), and Plaintiff's Motion for Order to Compel Defendant Provide Answers to Plaintiff's First Set of Request for Admissions (Dkt. 69). The Court has reviewed the pleadings.

The Court finds that, although plaintiff did not serve defendant with discovery requests according to the Federal Rules of Civil Procedure, actual service was completed. Plaintiff's failure to properly serve defendant is therefore moot.

After reviewing each set of plaintiff's requests, the Court finds that defendant's objections are appropriate. Further, defendant's responses to plaintiff's discovery requests are

adequate.  Plaintiff's Motions are therefore DENIED.  An appropriate order shall be issued.

ENTERED this 1st day of December, 2011.

```
                                    /s/
                         _____
                         THERESA CARROLL BUCHANAN
                         UNITED STATES MAGISTRATE JUDGE
```

Alexandria, Virginia